# IN THE UNITED STATES DISTRICT COURT OF GEORGIA ATLANTA DIVISION

**1 : 24 -CV- 2 5 3 9**

The Crest at Berkeley Lake  24-M-20406

**PLAINTIFF**

VS.

Cecelia Ward

**DEFENDANT**

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 11 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## PETITION FOR REMOVAL OF ACTION WITH A FEDERAL STAY OF EVICTION PURSUANT TO 28 U.S.C. (1446) D

The petitioner respectfully petitions this court for removal of action.

COMES NOW Cecelia Ward petitioner as above stated and petitions this court for removal of action from the Gwinnett County Magistrate Court. This petition is set forth on the following grounds;

1.

The Petitioner Cecelia Ward has filed a Notice Of Removal in the U.S. District Court for the Northern with a Federal Stay of all State Court Claims and Related State Court Claims pursuant to 28 U.S.C. 1367.

2.

The Petitioner has obtained a Federal Stay Of Eviction Petition in the U.S. District Court for the Northern District Of Georgia pursuant to 28 U.S.C. 1367 and 28 U.S.C. 1446 (d)

The Crest at Berkeley Lake hereinafter referred to as Respondent, must comply with Federal laws in the state court as a constitutional matter under Article 6 paragraph 2 of the U.S. Constitution (Edgar vs. Mite Corporation, 457 U.S.624 (1982), with federal law being mandatory authority.

(Copy Of Article 6 paragraph 2 of the U.S. Constitution reads as follows) This Constitution, and the Laws of the United States which shall be made in pursuance thereof ; and all treaties made , or which shall be made, under the Authority of the United States, shall be the Supreme Law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or Laws of any State to the contrary notwithstanding.

In Edgar vs. Mite Corporation, 457 U.S. 624 (1982), the U.S. Supreme Court ruled: "A ruling or state statue is void to the extent that it actually conflicts with a valid federal statue." In a similar opinion, Stone v. City and County of San Francisco (968 F. 2d 850, 862(9th Cir. 1992), the court held on the issue of injunction and mediator, "otherwise valid state laws or court orders cannot stand in

the way of a federal court's remedial scheme if the action is essential to enforce the scheme.

Defendant did violate 15 USC 1692, Rule 60 of the federal Rule of Civil Procedure: and having a legal duty to abort eviction.

The Crest at Berkeley Lake provides no grace period on rent. Rent is late if submitted on the second of the month.

5.

The Magistrate Court of Gwinnett County's Dispossessory action is in violation of 14th Amendment of the U.S. Constitution with respect to Due Process of law.

The Defendant has violated fair and safe housing acts and said violations have diminished and or prevented petitioners' right of safe and quiet enjoyment of said premises. As well as Overcharging on fees and in general taking advantage of them thru intentional poor maintenance practices.

6.

The Magistrate Court of Gwinnett County's Dispossessory is Unconstitutional with respect to the "Due Process Clauses" 14th Amendment.

WHEREFORE the Petitioner demands the following relief

- This honorable Court remove this case from the Magistrate Court of Gwinnett County.

- This honorable Court afford adequate discovery.

- This honorable Court set a hearing to establish damages.

- This honorable Court provide such relief as this Court deems just and proper.

Petitioner Cecelia Ward has provided written notice of the filing of this Notice of Removal to Respondent, and will file copy of this Notice of Removal with the Magistrate Court of the Gwinnett County, as required per 28 U.S.C.§ 1446(d).

WHEREFORE, pursuant to 28 U.S.C. 1446(d), 42 U.S.C. § 3631, Petitioner, Cecelia Ward removes this case from the Magistrate Court of Gwinnett County.

## VERIFICATION
### (Affidavit)

The undersigned Affiant Cecelia Ward by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I **do not** have an attorney to represent me in

this case. Also that the contents are true, correct and not misleading to the best of **MY** knowledge.

_____
Cecelia Ward

Petitioner Pro Se

**MAGISTRATE COURT OF GWINNETT COUNTY**
**STATE OF GEORGIA**

E-FILED IN OFFICE
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
24-M-20406
5/14/2024 12:48 PM
TIFFANY PORTER, CLERK

**DISPOSSESSORY PROCEEDING**

The Crest at Berkeley Lake
The Management Group, LLC
3575 Peachtree Industrial Rd
Duluth, GA 30096

File # 538516

(Plaintiff(s) Name & Address)
Day Phone Number: (770) 497-0711

VS.

Cecilia Ward
and All Other Occupants

1603 Crest Village Drive, Unit 1603
Duluth, GA 30096

(Defendant(s) Name & Address)
Telephone numbers: _____

**CASE NO.** 24-M-20406

For Court Appearances Only:
Mike Williams                   765209
Fowler, Hein, Cheatwood and Williams
2970 Clairmont Road, Suite 220
Atlanta, GA 30329               (404) 633-5114
**Attorney for Plaintiff**

**INFO & FORMS ON THE INTERNET**

E-mail: mag@gwinnettcounty.com

Personally appeared the undersigned affiant who on oath says that affiant is (owner), (attorney at law), (agent) for Plaintiff(s) herein, and that Defendant(s) is/are in possession as tenant of premises at the address as stated above, in Gwinnett County, the property of said Plaintiff(s). Plaintiff(s) attest(s) that there are no other person(s)/entity(ies) or known occupant(s) with whom Plaintiff(s) has/have a landlord tenant relationship. FURTHER THAT: (check applicable claim(s)):
[X] tenant fails to pay the rent which is now past due;
[ ] tenant holds the premises over and beyond the term for which they were rented or leased to tenant;
[ ] tenant is a tenant at sufferance;
[ ] Other: _____
_____; and

THAT Plaintiff(s) is/are entitled to recover any and all rent that may come due until this action is finally concluded. Plaintiff(s) desires and has demanded possession of the premises and Defendant(s) has/have failed and refused to deliver said possession. WHEREFORE, Plaintiff(s) demand(s) (a) possession of the premises; (b) past due rent of $ 1,685.00   1,685.00 Month_____; (c) rent accruing up to the date of judgment or vacancy at the rate of

$ 30: 56.17 \ 31: 54.35_____ per day. (Calculate daily rental rate, if seeking rent accruing to date of judgment or vacancy.)

(d) $56.00 Court + $250.00 Filing Fee + $150.00 Late Fees + $2,500.92 Previous Balance

*By affixing this electronic verification, oath, or affidavit to the pleadings(s) submitted to the court and attaching my electronic signature heron, I do hereby swear or affirm that the statements set forth in the above pleading(s) are true and correct.*

Affiant: /s/ Tanya Smith                        Date: 05/14/2024

**SUMMONS** -- To the Sheriff of Gwinnett County or lawful deputies of the Sheriff -- GREETINGS:
The Defendant(s) is/are commanded and required to file an answer to said affidavit in writing or orally in person at the Magistrate Court of Gwinnett County, Lawrenceville, Georgia on or before the seventh (7th) day after the date of service of this affidavit and summons. If such answer is not made, a Writ of Possession and/or Judgment shall issue as provided by law. Witness the Honorable Judge Kristina Hammer Blum, Chief Magistrate of said Court.

This _____ day of 5/14/2024, 20 _____.
                                                              Magistrate or Deputy Clerk

**WRIT OF POSSESSION**

To the Sheriff of Gwinnett County or lawful deputies of the Sheriff: You are hereby commanded to remove said Defendant(s), and any other person(s)/entities whose presence upon the premises is through the tenancy of Defendant(s) together with Defendant(s)/their property thereon from said premises and to deliver full and quiet possession of the same to the Plaintiff(s) herein effective: 1. (Instanter); or 2. (On _____, 20 ____ ; or,
3. Pursuant to the terms of a consent judgment filed herewith dated _____, 20 _____.

This _____ day of _____, 20 _____.

                                                              Magistrate

PINK Original; YELLOW & WHITE: Copies